UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ahmednur Hussein Abdi,<br><br>Plaintiff,<br><br>v.<br><br>Menasha Corporation, a/k/a Thermotech a division of Menasha Corporation,<br><br>Defendant. | **Court File No. 01-1946 JRT/FLN**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that all claims in the above-entitled action shall be dismissed with prejudice, all parties to bear their own fees and costs, and that the Court may enter and file the following Order.

Dated: 9/6, 2002

REINHARDT AND ANDERSON

Patrick W. Noaker, #274951

E-1000 First National Bank Building
332 Minnesota Street
St. Paul, Minnesota 55101

Attorneys for Plaintiff

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

FAEGRE & BENSON LLP

Dated: August 22, 2002

Ronald J. Lee, #200505
Karla C. Robertson, #306794

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000

Attorneys for defendant

**ORDER**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that all claims in the above-entitled action be and hereby are dismissed with prejudice without further costs, disbursements or attorneys' fees to any party. Let judgment be entered accordingly.

Dated: 9/20, 2002

BY THE COURT

The Honorable John R. Tunheim
Judge U.S. District Court

M1:908126.01